| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64473) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | San Francisco, CA 94109 |
| | Telephone: (510) 763-9967 |
| 4 | Facsimile: (510) 272-0711 |
| 5 | Attorney for Defendant |
| | MICHAEL TSAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL TSAN,

    Defendant
_____/

CR. **3-10-70333-BZ**

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
_____

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant Michael Tsan, and Assistant United States Attorneys Will Frentzen and Derek Owens, that the preliminary hearing presently set for May 11, 2010 be continued until May 25, 2010 at 9:30 a.m. This continuance is at the request of both parties to allow additional time to discuss potential charging options.

Both parties stipulate and agree that the period from May 11, 2010 until May 25, 2010 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(A) because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Date: May 4, 2010 _____/s/_____
Randy Sue Pollock
Counsel for Defendant
Michael Tsan

Date: May 4, 2010 _____/s/_____
Will Frentzen
Derek Owens
Assistant United States Attorneys

## ORDER

This Court agrees and finds that the ends of justice served by excluding time from May 11, 2010 to May 25, 2010, outweigh the best interests of the public and the defendant in a speedy trial, and the defendant and his counsel are entitled to a reasonable time necessary for effective preparation. 18 U.S.C. Section 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between May 11, 2010 and May 25, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. Section 3161(h)(7)(A).

Dated: May 5, 2010 _____
United States Magistrate Judge
Judge Joseph C. Spero