JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MICHAEL TSAN, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR 3-10-70333 BZ <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO JUNE 11, 2010 AT 9:30 A.M. AND EXCLUDING TIME FROM MAY 25, 2010 THROUGH JUNE 11, 2010 |

      On May 3, 2010, the parties in this case appeared before the Court for a detention hearing.  A preliminary hearing for this matter is currently set before the Court on May 25, 2010. The parties hereby jointly and respectfully request that the Court continue this matter to Friday, June 11, 2010 at 9:30 a.m. before the duty Magistrate Judge James Larson for a preliminary hearing.  The parties stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 25, 2010 through June 11, 2010.  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The

STIP. AND ORDER
CR 3-10-70333 BZ

parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 5/19/2010          /s/ Derek Owens
                          _____
                          DEREK OWENS
                          Assistant United States Attorney

DATED: 5/19/2010          /s/ Randy Sue Pollock
                          _____
                          RANDY SUE POLLOCK
                          Attorney for Mr. Tsan

For the reasons stated above, the Court hereby vacates the May 25, 2010 hearing before Magistrate Judge Joseph C. Spero and continues it to Friday, June 11, 2010 at 9:30 a.m. before the duty Magistrate Judge James Larson for a preliminary hearing. The Court further finds that an exclusion of time from May 25, 2010 through June 11, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant of continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 05/25/10           _____
                          THE HONORABLE JOSEPH C. SPERO
                          United States Magistrate Judge

STIP. AND ORDER
CR 3-10-70333 BZ                              2