1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile: (510) 272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   MICHAEL TSAN
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                              —ooo—
11

12 UNITED STATES OF AMERICA,
                                    CR. 10-70333-MAG
13           Plaintiff,

14 vs.                              **STIPULATION AND** ~~**PROPOSED**~~
                                    **ORDER TO CONTINUE DATE**
                                    **FOR PRELIMINARY HEARING**
15 MICHAEL TSAN,
                                    _____
16           Defendant.

17                             /

18

19     Defendant MICHAEL TSAN, by and through his counsel of record Randy Sue

20 Pollock, and Assistant U.S. Attorney William Frentzen hereby stipulate and agree that the

21 preliminary hearing presently set for Friday, June 11, 2010 be continued to June 28, 2010

22 at 9:30 a.m.

23     The parties desire additional time to discuss potential charges in this case. The

24 parties agree that, taking into account the public interest in prompt disposition of criminal

25 cases, good cause exists for this extension. Defendant also agrees to exclude for this

26 period of time any time limits applicable under 18 U.S.C. Section 3161. The parties

27 represent that the continuance is the reasonable time necessary for continuity of defense

28

**Stipulation and** ~~**Proposed**~~ **Order to**
**Continue Date for Preliminary Hearing**

1 counsel and effective preparation of counsel, taking into account the exercise of due
2 diligence. 18 U.S.C. Section 3161(h)(8)(B)(iv). The parties also agree that the ends of
3 justice served by granting such a continuance outweigh the best interests of the public and
4 the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(8)(A).

6 Date: June 8, 2010 _____/s/_____
7                                                Randy Sue Pollock
                                               Counsel for Defendant
8                                                Michael Tsan

9
10 Date: June 8, 2010 _____/s/_____
                                               William Frentzen
11                                                Assistant United States Attorney

12      For the reasons stated above, the Court hereby continues the hearing from June 11,
13 2010 to June 28, 2010. The Court further finds that an exclusion of time from June 11,
14 2010 through June 28, 201 is warranted and that the ends of justice served by the
15 continuance outweigh the best interests of the public and the defendant in a speedy trial.
16 See 18 U.S.C. Section 3161(h)(8)(A). The failure to grant the requested continuance
17 would deny the defendant continuity of counsel and would deny defense counsel the
18 reasonable time necessary for effective preparation, taking into account the exercise of due
19 diligence, and would result in a miscarriage of justice. 18 U.S.C. Section
20 3161(h)(8)(B)(iv).
21 SO ORDERED.

23 Date: 06/08/10                                  _____
                                               United States Magistrate Judge

**Stipulation and** ~~Proposed~~ **Order to**
**Continue Date for Preliminary Hearing**          2